UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIORGI KVANTALIANI,<br><br>       Petitioner,<br><br>    -v.-<br><br>KRISTI NOEM, *Secretary of the Department of Homeland Security*; FRANCIS LADEON, *Field Office Director of ICE New York*; and TODD LYONS, *Acting Director of U.S. Immigration and Customs Enforcement*,<br><br>       Respondents. | 26 Civ. 501 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On January 20, 2026, Petitioner Giorgi Kvantaliani filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. #1). On January 21, 2026, Petitioner also filed an emergency motion for a Temporary Restraining Order ("TRO"). (Dkt. #3). The Court, having examined the petition and the emergency motion in this action, hereby ORDERS that:

(i)  On or before **January 22, 2026**, the Government shall file a letter with the following information:

  a. Petitioner's A-number and current place of detention;

  b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

  c. A copy of any final order of removal;

      d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

      e. An indication of whether this case is distinguishable from previous cases decided by this Court or any other Court in this district. *See, e.g., Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF).

(ii) The parties shall appear for a conference regarding the emergency motion on **January 23, 2026**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(iii) On or before **January 23, 2026**, at **9:00 a.m.**, the Government may file an opposition to the emergency motion if it so wishes, or it may discuss its opposition at the emergency conference.

(iv) To preserve the Court's jurisdiction pending a ruling on the petition and the emergency motion, Petitioner shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g., M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. §

1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(v)  Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  See *Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

SO ORDERED.

Dated: January 21, 2026
       New York, New York

*[signature: Katherine Polk Failla]*

_____
KATHERINE POLK FAILLA
United States District Judge

3